IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LINDA UNDERWOOD                                                                          PLAINTIFF

v.                                        CASE NO. 5:20-CV-5090

ANDREW M. SAUL, Commissioner,
Social Security Administration                                                            DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 18) from Chief United States Magistrate Judge Erin L. Wiedemann.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

**IT IS SO ORDERED** this May 5, 2021.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE